# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
Oct 26 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| CASE NAME: USA v. BRIAN GARCIA-BENZON | CASE NUMBER: 3:22-cr-00412 CRB CR |
|---|---|
| Is This Case Under Seal? | Yes    No ✓ |
| Total Number of Defendants: | 1 ✓    2-7    8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes    No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓    OAK    SJ |
| Is this a potential high-cost case? | Yes    No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes    No ✓ |
| Is this a RICO Act gang case? | Yes    No ✓ |
| Assigned AUSA (Lead Attorney): AUSA Daniel Kassabian | Date Submitted: 10/26/2022 |
| Comments: | |

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
Oct 26 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

BRYAN GARCIA-BENZON,

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute 40 Grams and More of Fentanyl;
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury
                                                  Foreman

Filed in open court this 26th day of

October 2022.

                                                  Clerk

Bail, $ No Process

Hon. Thomas S. Hixson, U.S. Magistrate Judge

| | |
|---|---|
| 1  STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney | **FILED**<br><br>Oct 26 2022<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>BRYAN GARCIA-BENZON,<br><br>    Defendant. | CASE NO. 3:22-cr-00412 CRB<br><br>VIOLATIONS:<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute 40 Grams and More of Fentanyl;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine;<br>21 U.S.C. § 853 – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute 40 Grams and More of Fentanyl)

On or about March 25, 2022, in the Northern District of California, the defendant,

BRYAN GARCIA-BENZON,

did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

//

INDICTMENT                                          1

COUNT TWO:        (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine)

On or about March 25, 2022, in the Northern District of California, the defendant,

BRYAN GARCIA-BENZON,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:     (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One and Two above, the defendant,

BRYAN GARCIA-BENZON,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such a violation, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

   a.   cannot be located upon exercise of due diligence;
   b.   has been transferred or sold to, or deposited with, a third party;
   c.   has been placed beyond the jurisdiction of the court;
   d.   has been substantially diminished in value; or
   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

//
//

| | |
|---|---|
| Procedure 32.2. | |
| DATED: October 26, 2022 | A TRUE BILL. |
| | |
| | |
| | _____/s/_____ |
| | FOREPERSON |
| | San Francisco |
| | |
| STEPHANIE M. HINDS | |
| United States Attorney | |

_____/s/_____
DANIEL N. KASSABIAN
Assistant United States Attorney

INDICTMENT                                3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Ct 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute 40 Grams or More of Fentanyl
PENALTY: Imprisonment: 40 years (max), 5 years (min);
            Supervised Release Term: Life (max); 4 years (min)

Ct: 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine

PENALTY:    Imprisonment: 20 years (max);
            Supervised Release Term: 3 years (max);
            Fine (both counts): $5 million (max);
            Special Assessment (both counts): $100;
            Forfeiture (both counts)

☐ Petty    ☐ Minor    ☐ Misdemeanor    ☒ Felony

### DEFENDANT - U.S

▶ BRYAN GARCIA-BENZON

**DISTRICT COURT NUMBER**
3:22-cr-00412 CRB

**FILED**
Oct 26 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
Drug Enforcement Agency

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
     ☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.**

☒ this prosecution relates to a pending case involving this same defendant

**MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form**
Stephanie M. Hinds
☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**
Daniel N. Kassabian

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
     NDCA No. CR 20-00477-JD

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal    ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: