| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | DANIEL N. KASSABIAN (CABN 215249)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7034 |
| 7 | Fax: (415) 436-7234<br>daniel.kassabian@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS. CR 20-00477-JD |
| | ) | CR 22-00412-CRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF RELATED CASES |
| | ) | |
| BRYAN GARCIA-BENZON, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Criminal Local Rule 8-1, the United States of America hereby notifies the Court that the two, above-captioned matters are related. In the earlier filed matter, no. CR 20-00477-JD, the defendant has a pending post-conviction supervised release violation (Form 12) [ECF 44] for an incident on March 25, 2022. In the latter filed matter, no. CR. 22-00412-JD, a grand jury returned an indictment [ECF 1] against the defendant for controlled substance offenses on March 22, 2025. Accordingly, these cases appear to involve some of the same alleged events and occurrences. *See* N.D. Cal. Crim. L.R. 8-1(b). Accordingly, the government states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action. *See* N.D. Cal. Crim. L.R. 8-1(c)(4).

| | | |
|---|---|---|
| 1 | DATED: | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| 3 | | United States Attorney |
| 4 | | _____/s/_____ |
| 5 | | DANIEL N. KASSABIAN |
| | | Assistant United States Attorneys |