1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA A. BOERSCH (CABN 126569)
   Chief, Criminal Division

4  DANIEL N. KASSABIAN (CABN 215249)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone:     (415) 436-7034
7      Facsimile:     (415) 436-7234
       daniel.kassabian@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CASE NOS.   CR 20-00477-JD
                                      )             CR 22-00412-JD
14 |     Plaintiff,                   )
                                      ) STIPULATION TO RESET/VACATE HEARING
15 |   v.                             ) AND STATUS CONFERENCE ON JANUARY 29,
                                      ) 2024 AND SET REVOCATION/SENTENCING
16 | BRYAN GARCIA-BENZON,             ) HEARING ON FEBRUARY 26, 2024 AND
                                      ) [PROPOSED] ORDER
17 |     Defendant.                   )
                                      )
18 |_____)

19      It is hereby requested and stipulated by and between counsel for the United States and counsel

20 for the defendant BRYAN GARCIA-BENZON that the revocation hearing and status conference set for

21 JANUAYR 29, 2024 be vacated and reset, respectively, to a revocation hearing and sentencing hearing

22 that are set on FEBRUARY 26, 2024, at 10:30 a.m. for the following reasons:

23      (1)     the parties and the U.S. Probation Office are conferring about joint recommended

24 disposition, and the additional time may facilitate an agreement on that recommendation;

25      (2)     the probation officer assigned to the defendant's supervision case is not available on

26 January 29, but is available February 26;

27      (3)     the probation officer preparing the Pre-Sentence Investigation Report (PSR) for the

28 defendant's sentencing is available on February 26, and the additional time is necessary for that officer

STIP & ORDER TO RESET HEARING/STATUS CONF.
CR 22-00412-JD                                         1

1  to submit a final PSR to the Court by February 5 while allowing the parties to lodge any objections by
2  January 29.
3         IT IS SO STIPULATED.
4  DATED: January 24, 2024                    ISMAIL J. RAMSEY
                                              United States Attorney
5
                                                     /s/
6                                             DANIEL N. KASSABIAN
                                              Assistant United States Attorney
7
8                                             JODI H. LINKER
                                              Federal Public Defender
9
                                                     /s/
10                                            SOPHIA M. WHITING
                                              Assistant Federal Public Defender
11                                            Counsel for Defendant
                                              BRYAN GARCIA-BENZON
12
13
14                                         **ORDER**
15        Pursuant to the parties' stipulation, and for good cause shown, the Supervised Release Hearing
16  and Status Conference on JANUARY 29, 2024 in the above-captioned cases are RESET and
17  VACATED, respectively, and a Supervised Release Hearing and Sentencing Hearing are SET on
18  FEBRUARY 26, 2024 at 10:30 am.
19        IT IS SO ORDERED.
20
21  DATED: January 25, 2024                   _____
                                              HON. JAMES J. DONATO
22                                            United States District Judge
23
       2069-5656-2689, v. 1
24

STIP & ORDER TO RESET HEARING/STATUS CONF.
CR 22-00412-JD                                  2